```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 29693
   PETER P SALOMOUN
   CANDACE S SALOMOUN                        CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-8375      SSN XXX-XX-5238

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/28/05 and confirmed on 10/21/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  30880.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG         .00           .00            .00
COUNTRYWIDE HOME LOANS   SECURED               .00           .00            .00
ILLINOIS DEPT REVENUE    PRIORITY       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY       NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED        13544.50          .00         3698.80
RESURGENT CAPITAL SERVIC UNSECURED        10567.40          .00         2885.80
ECAST SETTLEMENT CORP    UNSECURED         1062.48          .00          290.15
RESURGENT CAPITAL SERVIC UNSECURED        15480.40          .00         4227.47
ECAST SETTLEMENT CORPORA UNSECURED         4142.01          .00         1131.12
ECAST SETTLEMENT CORPORA UNSECURED         5333.10          .00         1456.39
RESURGENT CAPITAL SERVIC UNSECURED        16552.01          .00         4520.11
DISCOVER BANK            UNSECURED         9177.63          .00         2506.27
DISCOVER BANK            UNSECURED        12428.50          .00         3394.04
ECAST SETTLEMENT CORPORA UNSECURED         3274.31          .00          894.17
ECAST SETTLEMENT CORPORA UNSECURED         2330.23          .00          636.35
PORTFOLIO RECOVERY ASSOC UNSECURED         5220.86          .00         1425.74
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED      .00           .00     99113.43          .00      99113.43
PRINCIPAL PAID          .00           .00     27066.41          .00      27066.41
INTEREST PAID           .00           .00           .00         .00            .00
TOTAL PAID              .00           .00     27066.41          .00      27066.41
The Debtor's attorney, LEGAL HELPERS PC                  , was allowed $    2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   1333.59 .

Refunds to the Debtor totaled $      280.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE











                              PAGE   2
      CASE NO. 05 B 29693 PETER P SALOMOUN & CANDACE S SALOMOUN